# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Allen Wright Enterprises, Inc./Hamp's | ) ASBCA Nos. 60764, 60765, 60766 |
| Construction, LLC, A Joint Venture | ) 60767, 60768 |
| | ) |
| Under Contract No. W912P8-08-D-0048 | ) |

APPEARANCE FOR THE APPELLANT:      John I. Hulse, IV, Esq.
                                              Conroy Law Firm
                                              Metairie, LA

APPEARANCES FOR THE GOVERNMENT:      Thomas J. Warren, Esq.
                                              Acting Engineer Chief Trial Attorney
                                            Judith E. Almerico, Esq.
                                              Stephan C. Roth, Esq.
                                            Engineer Trial Attorneys
                                            U.S. Army Engineer District, New Orleans

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 13 February 2018

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60764, 60765, 60766, 60767, 60768, Appeals of Allen Wright Enterprises, Inc./Hamp's Construction, LLC, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals